# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **LAURETTA ROBERTS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**GENERAL MOTORS LLC,**<br><br>**Defendant.** | Case No. 4:13-cv-00541-CAS |

## AMENDED NOTICE OF HEARING ON PLAINTIFF'S MOTION TO COMPEL GENERAL MOTORS TO PRODUCE DOCUMENTS

Please take notice that the undersigned shall call up for hearing Plaintiff's Motion to Compel General Motors to Produce Documents dated March 19, 2015 on Thursday April 23, 2015 at 1:00 p.m. CST before the Honorable Judge Charles A. Shaw, United States District Court, Eastern District of Missouri, Courtroom – 8 North, 111 South 10th Street, St. Louis, MO 63102.

Respectfully Submitted,

**THE SIMON LAW FIRM, P.C.**

By:   /s/ Kevin M. Carnie Jr.
John G. Simon, #35231MO
Kevin M. Carnie, Jr., #60979MO
800 Market Street, Ste. 1700
St. Louis, MO 63101
jsimon@simonlawpc.com
kcarnie@simonlawpc.com
Phone:  314-241-2929
Fax:  314-241-2029

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Kevin M. Carnie, Jr.