```
2004 SAVANA CONVERSION VAN                         PONTIAC/GMC DIVISION
11U  PEWTER METALLIC                    /V8G       GENERAL MOTORS CORPORATION
93I  MEDIUM PEWTER                                 100 RENAISSANCE CENTER
ORDER NO. GNZN5H/TSR        STOCK NO.              DETROIT    MI  48243-1114
VIN 1GD FG15 T1 41137233                           VEHICLE INVOICE 5AD85784127
*****************************************************************48*30642S
MODEL & FACTORY OPTIONS                 MSRP      INV AMT  RETAIL - STOCK
TG13405 SAVANA CONVERSION VAN         24418.00   21365.75  INVOICE 02/23/04
C5Z  GVW RATING - 7,200 LBS              N/C        N/C    SHIPPED 09/29/03
E24  DOOR SIDE CARGO, HINGED             N/C        N/C    EXP I/T 10/07/03
FE9  50-STATE EMISSIONS                  N/C        N/C    INT COM 03/04/04
LM7  VORTEC 5300 V8 SFI GAS ENGINE    1495.00    1285.70   PRC EFF 09/29/03
M30  4-SPD AUTO TRANS W/ OVERDRIVE       0.00       0.00   KEYS
     AND ELECTRONIC CONTROL                               WFP-S QTR  OPT-1
PY2  WHEELS, CHROME-STYLED STEEL       250.00     215.00  FAN:   000858926
VK3  FRONT LICENSE PLATE MOUNT           N/C        N/C   BANK: GMAC - 008
XEP  P235/75R16EL WOL ALS TIRE          85.00      73.10  CHG-TO    30-642
YF7  RV UPFITTER PACKAGE                 N/C        N/C   SHIP-TO   56-112
1SD  1SD PACKAGE                       515.00     442.90  EXPLORER VAN CO.
     * KEYLESS ENTRY, REMOTE                              WARSAW        IN
     * MIRRORS, ILLUMINATED VISOR
     * STEERING WHEEL, LEATHER                            SHIP WT:   4831
     * WHEELS, CHROME CENTER CAPS                         HP:        46.2
     * AM/FM STEREO W/CD & CASSETTE                       GVW:       7200
     * UPFITTER PACKAGE                                   GVWF:      3600
EXPLORER VAN CO.                                          GVWR:      4000
GM HAS DESIGNED, MANUFACTURED, SOLD AND CERTIFIED TO      GMS:    23394.56
APPLICABLE FEDERAL MOTOR VEHICLE SAFETY STANDARDS THIS    SUPPLR: 24447.32
VEHICLE AS A BUS, MULTIPURPOSE PASSENGER VEHICLE, OR      MRM:    27503.00
TRUCK, BUT NOT AS A SCHOOL BUS.                           NTR: 1/2
                                                          DAN:      F3D5
                                                          MEMO    1263.15




TOTAL MODEL & OPTIONS                 26763.00  23382.45  ACT 237 23319.56
DESTINATION CHARGE                      740.00    740.00  H/B 261   802.89


TOTAL                                 27503.00  24122.45  PAY 310 24122.45
MEMO: TOTAL LESS HOLDBACK AND
      APPROX WHOLESALE FINANCE CREDIT            22953.29
******************************************************************
INVOICE DOES NOT REFLECT DEALER'S ULTIMATE COST BECAUSE OF MANUFACTURER
REBATES, ALLOWANCES, INCENTIVES, HOLDBACK, FINANCE CREDIT AND RETURN TO
DEALER OF ADVERTISING MONIES, ALL OF WHICH MAY APPLY TO VEHICLE.
******************************************************************
THIS MOTOR VEHICLE IS SUBJECT TO A SECURITY INTEREST HELD BY GMAC.

                                        REMIT TO GMAC NO. 008
BEHLMANN PONTIAC GMC                    VIN 1GDFG15T141137233
                                        $  24122.45 INV  5AD85784127
                                        DUE 03/04/04  DEALER  30-642
```

Roberts v. GM LLC
Exhibit
G
exhibitsticker.com

```
2004 SAVANA CONVERSION VAN                         PONTIAC/GMC DIVISION
11U  PEWTER METALLIC                    /V8G       GENERAL MOTORS CORPORATION
93I  MEDIUM PEWTER                                 100 RENAISSANCE CENTER
ORDER NO. GNZN5H/TSR         STOCK NO.             DETROIT     MI  48243-1114
VIN 1GD FG15 T1 41137233                           VEHICLE INVOICE 5AD83585989
*************************************************************48*56112
MODEL & FACTORY OPTIONS              MSRP      INV AMT  RETAIL - STOCK
TG13405 SAVANA CONVERSION VAN     24418.00    20266.94  INVOICE 09/29/03
C5Z GVW RATING - 7,200 LBS             N/C         N/C  SHIPPED 09/29/03
E24 DOOR SIDE CARGO, HINGED            N/C         N/C  EXP I/T 10/03/03
FE9 50-STATE EMISSIONS                 N/C         N/C  INT COM 10/03/03
LM7 VORTEC 5300 V8 SFI GAS ENGINE  1495.00     1240.85  PRC EFF 09/29/03
M30 4-SPD AUTO TRANS W/ OVERDRIVE     0.00        0.00  KEYS
    AND ELECTRONIC CONTROL                              MFP-B
PY2 WHEELS, CHROME-STYLED STEEL     250.00      207.50  FAN:     000858926
VK3 FRONT LICENSE PLATE MOUNT          N/C         N/C  BANK: GMAC - 010
XEP P235/75R16EL WOL ALS TIRE        85.00       70.55  CHG-TO      56-112
YF7 RV UPFITTER PACKAGE                N/C         N/C
1SD 1SD PACKAGE                     515.00      427.45  SHIP WT:    4831
    * KEYLESS ENTRY, REMOTE                             HP:         46.2
    * MIRRORS, ILLUMINATED VISOR                        GVW:        7200
    * STEERING WHEEL, LEATHER                           GVWF:       3600
    * WHEELS, CHROME CENTER CAPS                        GVWR:       4000
    * AM/FM STEREO W/CD & CASSETTE                      MRM:     27503.00
    * UPFITTER PACKAGE                                  NTR: 1/2
GM HAS DESIGNED, MANUFACTURED, SOLD AND CERTIFIED TO    DAN:        F3D5
APPLICABLE FEDERAL MOTOR VEHICLE SAFETY STANDARDS THIS  MEMO     1338.15
VEHICLE AS A BUS, MULTIPURPOSE PASSENGER VEHICLE, OR
TRUCK, BUT NOT AS A SCHOOL BUS.




TOTAL MODEL & OPTIONS             26763.00    22213.29  ACT 237 22953.29
DESTINATION CHARGE                  740.00      740.00


TOTAL                             27503.00    22953.29  PAY 310 22953.29
INVOICE AMOUNT EXCLUDES HOLDBACK, GM MARKETING ADJUSTMENT AND OTHER
DEALER FINANCE PROGRAMS.
THIS IS A RESTRICTIVE DIRECT SALE AND IS SUBJECT TO THE TERMS OF THE
GMC TRUCK QUALITY APPROVED CONVERTERS PROGRAM.




                                  REMIT TO GMAC NO. 010
EXPLORER VAN CO.                  VIN 1GDFG15T141137233
                                  $  22953.29 INV  5AD83585989
                                  DUE 10/03/03  DEALER  56-112
```

```
2004 SAVANA CONVERSION VAN                      PONTIAC/GMC DIVISION
11U   PEWTER METALLIC                    /V8G   GENERAL MOTORS CORPORATION
93I   MEDIUM PEWTER                             100 RENAISSANCE CENTER
ORDER NO. GNZN5H/TSR        STOCK NO.           DETROIT      MI   48243-1114
VIN 1GD FG15 T1 41137233                        VEHICLE INVOICE 5AC43120935
*************************************************************48*56112S
MODEL & FACTORY OPTIONS              MSRP     INV AMT  RETAIL - STOCK
                                                       INVOICE 02/23/04
                                                       SHIPPED 09/29/03
                                                       EXP I/T 10/03/03
                                                       PRC EFF 09/29/03
CREDIT FOR INVOICE          5AD83585989                KEYS
                                                       FAN:    000858926
                                                       BANK: GMAC - 010
                                                       CHG-TO    56-112

                                                       SHIP WT:   4831
                                                       HP:        46.2
```

```
TOTAL MODEL & OPTIONS                26763.00- 22213.29- ACT 237 22953.29-
DESTINATION CHARGE                      740.00-   740.00-


TOTAL                                27503.00- 22953.29- PAY 310 22953.29-
```

EXPLORER VAN CO.