UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURETTA ROBERTS,       )<br>                                              )<br>     Plaintiff,                          )<br>                                              )<br>     v.                                      )<br>                                              )     Case No.  4:13-cv-00541-CAS<br>GENERAL MOTORS LLC       )<br>                                              )<br>     Defendant.                       )<br>                                              )<br>                                              ) | |

### DEFENDANT GENERAL MOTORS LLC'S DESIGNATION OF DEPOSITION TESTIMONY TO BE PRESENTED AT TRIAL

Defendant General Motors LLC designates the following deposition testimony to be presented at trial:

**Matthew Hinnant** (deposition taken March 28, 2014)

Page 4, lines 17-24

Page 5, line13 through Page 6, line 13

Page 6, lines 19 through 25

Page 7, lines 6 through 9

Page 17, lines 5 through 23

Page 18, line 8 through Page 21, line 3

Page 21, line 12 through Page 23, line 20

Page 25 line 3 through Page 26, line 3

Page 26, lines 19 through 20 and Page 27, line 1 ("No, I didn't measure.")

Page 27, lines 18 through 23 and Page 28, lines 6 through 8.

Page 28, lines 10 and 11

Page 49, lines 3 through 5 and lines 9 through 10

Page 51, lines 6 through 15

**Rodney C. Rucker, Jr.** (deposition taken March 27, 2014)

Page 4, line 23 through Page 8, line 17

Page 15, line 17 through Page 16, line 3

Page 21, line 15 through Page 22, line 14

Page 23, line 12 through Page 25, line 23

Page 26, lines 7 through 14 and lines 17 through 20

Page 26, line 21 through Page 27, line 25

Page 29, lines 6 through 22

Page 30, lines 9 through 25

Page 31, line 11 through Page 34, line 25

Page 35, line 24 through Page 36, line 1

Page 40, lines 14 through 22

Page 41, lines 8 through 20 and lines 23 through 25

Page 42, lines 3-6

Dated:  March 8, 2016.            HANSON BOLKCOM LAW GROUP, LTD.

By     s/ Mickey W. Greene
Kent B. Hanson (#40939MN) (admitted *pro hac vice*)
Mickey W. Greene (#16740XMN) (admitted *pro hac vice*)
527 Marquette Avenue, Suite 2300
Minneapolis, MN 55402
Tel:  612.342.2880
Fax:  612.342.2899
Email: khanson@hblawgroup.com
        mgreene@hblawgroup.com

Thomas M. Klein (#010954AZ) (admitted *pro hac vice*)
BOWMAN AND BROOKE, LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ  85012
Tel:  602.643.2300
Fax:  602.248.0947
Email:  thomas.klein@bowmanandbrooke.com

*and*

Peter B. Hoffman  (#25645MO)
BAKER STERCHI COWDEN & RICE, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
Tel:  314.231.2925
Fax:  314.231.4857
Email:  hoffman@bscr-law.com

**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2016, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

s/ Mickey W. Greene