UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURETTA ROBERTS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  4:13-cv-00541-CAS |
| GENERAL MOTORS LLC, | ) |
| Defendant. | ) |

# SPECIAL VERDICT

We, the jury, in the above-named action, for our Special Verdict, answer the questions submitted to us as follows:

## Strict Liability Claim

1. When the plaintiff's 2004 Savana Explorer conversion van was sold by defendant, was it in a defective condition unreasonably dangerous when put to a reasonably anticipated use?

      Answer:      _____      (Yes or No)

[Direction A:  If your answer to Question 1 is "Yes," then answer Question 2.  If your answer to Question 1 is "No," then do not answer Question 2, but proceed to answer Question 3.]

2. Did the defective condition of the 2004 Savana Explorer conversion van, as found by the jury with respect to Question 1, directly cause damage to plaintiff Lauretta Roberts?

      Answer:      _____      (Yes or No)

## **Negligent Design Claim**

3.      Was defendant General Motors LLC negligent in the design of the plaintiff's 2004 Savana Explorer conversion van?

        Answer:     _____     (Yes or No)

[Direction B:  If your answer to Question 3 is "Yes," then answer Question 4.  If your answer to Question 3 is "No," then do not answer Question 4, but proceed to answer Question 5.]

4.      Did the negligence of defendant, as found by the jury with respect to Question 3, directly cause damage to plaintiff Lauretta Roberts?

        Answer:     _____     (Yes or No)

## **Failure to Warn Claim**

5.      When the plaintiff's 2004 Savana Explorer conversion van was sold by defendant, was it then unreasonably dangerous when put to a reasonably anticipated use because it lacked necessary warnings?

        Answer:     _____     (Yes or No)

[Direction C:  If your answer to Question 5 is "Yes," then answer Question 6.  If your answer to Question 5 are "No," then do not answer Question 6, but proceed to Direction D below.]

6.     Did the plaintiff's 2004 Savana Explorer conversion van being sold without necessary warnings directly cause damage to plaintiff Lauretta Roberts?

      Answer: _____  (Yes or No)

[Direction D:  If any of your answers to Questions 2, 4, or 6 is "Yes," then answer Questions 7, 8, and 9.  If your answers to Questions 2, 4, and 6 are all "No," then the jury should answer no more questions but the foreperson should sign the verdict form and notify the court security officer.]

## **Damages**

7.     What amount of money will fairly and adequately compensate plaintiff Lauretta Roberts for the damages directly caused by the incident of February 23, 2012, up to the time of this verdict for:

    a.     Past physical and emotional pain and physical impairment?

       $_____

    b.     Past health and personal care expense?

       $_____

    c.     Past loss of earnings?

       $_____

8. What amount of money will fairly and adequately compensate plaintiff Lauretta Roberts for damages reasonably certain to occur in the future, directly caused by the incident of February 23, 2012 for:

    a. Past physical and emotional pain and physical impairment?

        $_____

    b. Past health and personal care expense?

        $_____

    c. Past loss of earnings?

        $_____

_____
**FOREPERSON**

Dated: April _____, 2016.